IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Zimbelman, Peter P

Printed: 12/28/07

Case Number: 05 B 04893
Judge: Squires, John H
Filed: 2/14/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 14, 2007
Confirmed: May 4, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,015.12 |  |
| Secured: |  | 6,328.68 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,305.00 |
| Trustee Fee: |  | 381.44 |
| Other Funds: |  | 0.00 |
| Totals: | 8,015.12 | 8,015.12 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Steven A Leahy | Administrative | 1,305.00 | 1,305.00 |
| 2. | Wells Fargo | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo | Secured | 10,283.80 | 3,891.01 |
| 4. | Prairie Trail Credit Union | Secured | 6,999.00 | 2,437.67 |
| 5. | A Touch Of Class Dentistry | Unsecured | 22.95 | 0.00 |
| 6. | Prairie Trail Credit Union | Unsecured | 91.83 | 0.00 |
| 7. | CB USA | Unsecured |  | No Claim Filed |
| 8. | CBCS | Unsecured |  | No Claim Filed |
| 9. | Nicor Gas | Unsecured |  | No Claim Filed |
|  |  |  | $ 18,702.58 | $ 7,633.68 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 51.26 |
| 3% | 37.41 |
| 5.5% | 202.77 |
| 5% | 22.49 |
| 4.8% | 43.21 |
| 5.4% | 24.30 |
|  | $ 381.44 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Zimbelman, Peter P | Case Number:  05 B 04893 |
| | Judge:  Squires, John H |
| Printed:  12/28/07 | Filed:  2/14/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

